# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

---

| | |
|---|---|
| BROADCAST MUSIC, INC.; CONCORD MUSIC GROUP, INC. d/b/a JONDORA MUSIC; WELSH WITCH MUSIC; WARNER-TAMERLANE PUBLISHING CORP.; BARBARA NICKS MUSIC, | Case No. |
| Plaintiffs, | Hon. |
| v. | |
| TIMBERS BAR AND GRILL OF LUDINGTON L.L.C. d/b/a TIMBERS BAR & GRILL LUDINGTON a/k/a TIMBERS LUDINGTON, AND BRADLEY BUTTERFIELD, individually. | |
| Defendants. | |

---

Patrick M. McCarthy, Esq.
HOWARD & HOWARD ATTORNEYS PLLC
115 W. Huron Street, Suite 700
Ann Arbor, MI  48104-7101
Tel: 734-222-1097
Fax: 734-761-5957
Email: pmccarthy@howardandhoward.com
*Attorney(s) for Plaintiffs*

---

## COMPLAINT

Plaintiffs, by their attorneys, for their Complaint against Defendants, allege as follows (on knowledge as to Plaintiffs; otherwise on information and belief):

## JURISDICTION AND VENUE

1. This is a suit for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. Sections 101 *et seq.* (the "Copyright Act"). This Court has jurisdiction pursuant to 28 U.S.C. Section 1338(a).

2. Venue is proper in this judicial district pursuant to 28 U.S.C. Section 1400(a).

## THE PARTIES

3. Plaintiff Broadcast Music, Inc. ("BMI"), is a corporation organized and existing under the laws of the State of Delaware. BMI's principal place of business is 7 World Trade Center, 250 Greenwich Street, New York, New York 10007. BMI has been granted the right to license the public performance rights in 14 million copyrighted musical compositions (the "BMI Repertoire"), including those which are alleged herein to have been infringed.

4. The Plaintiffs other than BMI are the owners of the copyrights in the musical compositions, which are the subject of this lawsuit. All Plaintiffs are joined pursuant to Fed. R. Civ. P. 17(a) and 19(a).

5. Plaintiff Concord Music Group, Inc. is a corporation doing business as Jondora Music. This Plaintiff is a copyright owner of at least one of the songs in this matter.

6. Plaintiff Welch Witch Music is a sole proprietorship owned by Stephanie Nicks. This Plaintiff is a copyright owner of at least one of the songs in this matter.

7. Plaintiff Warner-Tamerlane Publishing Corp. is a corporation. This Plaintiff is a copyright owner of at least one of the songs in this matter.

8. Plaintiff Barbara Nicks Music is a sole proprietorship owned by Barbara M. Nicks. This Plaintiff is a copyright owner of at least one of the songs in this matter.

9. Defendant Timbers Bar And Grill of Ludington L.L.C. is a limited liability company organized and existing under the laws of the state of Michigan, which operates, maintains and controls an establishment known as Timbers Bar & Grill Ludington also known as Timbers Ludington located at 320 S James Street, Ludington, MI 49431, in this district (the "Establishment").

10. In connection with the operation of the Establishment, Defendant Timbers Bar And Grill of Ludington L.L.C. publicly performs musical compositions and/or causes musical compositions to be publicly performed.

11. Defendant Timbers Bar And Grill of Ludington L.L.C. has a direct financial interest in the Establishment.

12. Defendant Bradley Butterfield is a member of Defendant Timbers Bar And Grill of Ludington L.L.C. with responsibility for the operation and management of that LLC and the Establishment.

13. Defendant Bradley Butterfield has the right and ability to supervise the activities of Defendant Timbers Bar And Grill of Ludington L.L.C. and a direct financial interest in that LLC and the Establishment.

## CLAIMS OF COPYRIGHT INFRINGEMENT

14. Plaintiffs repeat and reallege each of the allegations contained in paragraphs 1 through 13.

15. Since September 2017, BMI has reached out to Defendants over 30 times, by phone, mail and email, in an effort to educate Defendants as to their obligations under the Copyright Act with respect to the necessity of purchasing a license for the public performance of musical compositions in the BMI Repertoire. Included in the letters were Cease and Desist Notices, providing Defendants with formal notice that they must immediately cease all use of BMI-licensed music in the Establishment.

16. Plaintiffs allege 6 claims of willful copyright infringement, based upon Defendants' unauthorized public performance of musical compositions from the BMI Repertoire. All of the claims for copyright infringement joined in this Complaint are governed by the same legal rules and involve similar facts. Joinder of

these claims will promote the convenient administration of justice and will avoid a multiplicity of separate, similar actions against Defendants.

17. Annexed to this Complaint as a schedule (the "Schedule") and incorporated herein is a list identifying some of the many musical compositions whose copyrights were infringed by Defendants. The Schedule contains information on the 6 claims of copyright infringement at issue in this action. Each numbered claim has the following eight lines of information (all references to "Lines" are lines on the Schedule): Line 1 providing the claim number; Line 2 listing the title of the musical composition related to that claim; Line 3 identifying the writer(s) of the musical composition; Line 4 identifying the publisher(s) of the musical composition and the plaintiff(s) in this action pursuing the claim at issue; Line 5 providing the date on which the copyright registration was issued for the musical composition; Line 6 indicating the copyright registration number(s) for the musical composition; Line 7 showing the date(s) of infringement; and Line 8 identifying the Establishment where the infringement occurred.

18. For each work identified on the Schedule, the person(s) named on Line 3 was the creator of that musical composition.

19. For each work identified on the Schedule, on or about the date(s) indicated on Line 5, the publisher(s) named on Line 4 (including any predecessors in interest), complied in all respects with the requirements of the Copyright Act and

received from the Register of Copyrights Certificates of Registration bearing the number(s) listed on Line 6.

20. For each work identified on the Schedule, on the date(s) listed on Line 7, Plaintiff BMI was (and still is) the licensor of the public performance rights in the musical composition identified on Line 2. For each work identified on the Schedule, on the date(s) listed on Line 7, the Plaintiff(s) listed on Line 4 was (and still is) the owner of the copyright in the respective musical composition listed on Line 2.

21. For each work identified on the Schedule, on the date(s) listed on Line 7, Defendants publicly performed and/or caused to be publicly performed at the Establishment the musical composition identified on Line 2 without a license or permission to do so. Thus, Defendants have committed copyright infringement.

22. The specific acts of copyright infringement alleged in the Complaint, as well as Defendants' entire course of conduct, have caused and are causing Plaintiffs great and incalculable damage. By continuing to provide unauthorized public performances of works in the BMI Repertoire at the Establishment, Defendants threaten to continue committing copyright infringement. Unless this Court restrains Defendants from committing further acts of copyright infringement, Plaintiffs will suffer irreparable injury for which they have no adequate remedy at law.

WHEREFORE, Plaintiffs pray that:

(I)   Defendants, their agents, servants, employees, and all persons acting under their permission and authority, be enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. Section 502;

(II)   Defendants be ordered to pay statutory damages, pursuant to 17 U.S.C. Section 504(c);

(III)   Defendants be ordered to pay costs, including a reasonable attorney's fee, pursuant to 17 U.S.C. Section 505; and

(IV)   Plaintiffs have such other and further relief as is just and equitable.


Dated: February 13, 2019                **HOWARD & HOWARD ATTORNEYS PLLC**

 _/s/Patrick M. McCarthy_____
Patrick M. McCarthy, Esq.
115 W. Huron Street, Suite 700
Ann Arbor, MI  48104-7101
Tel: 734-222-1097
Email: pmccarthy@howardandhoward.com

*Attorney(s) for Plaintiffs*

# *Schedule*

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Bad Moon Rising |
| Line 3 | Writer(s) | John C. Fogerty |
| Line 4 | Publisher Plaintiff(s) | Concord Music Group, Inc. d/b/a Jondora Music |
| Line 5 | Date(s) of Registration | 4/17/69     7/11/69 |
| Line 6 | Registration No(s). | Eu 110913     Ep 260524 |
| Line 7 | Date(s) of Infringement | 8/03/18 |
| Line 8 | Place of Infringement | Timbers Bar & Grill Ludington a/k/a Timbers Ludington |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Dreams |
| Line 3 | Writer(s) | Stevie Nicks |
| Line 4 | Publisher Plaintiff(s) | Stephanie Nicks, an individual d/b/a Welsh Witch Music |
| Line 5 | Date(s) of Registration | 4/1/77     8/22/77 |
| Line 6 | Registration No(s). | Eu 772675   Ep 373129 |
| Line 7 | Date(s) of Infringement | 8/03/18 |
| Line 8 | Place of Infringement | Timbers Bar & Grill Ludington a/k/a Timbers Ludington |

| Line 1 | Claim No. | 3 |
|---|---|---|
| Line 2 | Musical Composition | Fortunate Son |
| Line 3 | Writer(s) | John C. Fogerty |
| Line 4 | Publisher Plaintiff(s) | Concord Music Group, Inc. d/b/a Jondora Music |
| Line 5 | Date(s) of Registration | 11/17/69  2/16/70 |
| Line 6 | Registration No(s). | Eu 149502  Ep 272078 |
| Line 7 | Date(s) of Infringement | 8/03/18 |
| Line 8 | Place of Infringement | Timbers Bar & Grill Ludington a/k/a Timbers Ludington |

| Line 1 | Claim No. | 4 |
|---|---|---|
| Line 2 | Musical Composition | Landslide |
| Line 3 | Writer(s) | Stevie Nicks |
| Line 4 | Publisher Plaintiff(s) | Stephanie Nicks, an individual d/b/a Welsh Witch Music |
| Line 5 | Date(s) of Registration | 6/30/75 |
| Line 6 | Registration No(s). | Eu 593046 |
| Line 7 | Date(s) of Infringement | 8/03/18 |
| Line 8 | Place of Infringement | Timbers Bar & Grill Ludington a/k/a Timbers Ludington |

| Line 1 | Claim No. | 5 |
|---|---|---|
| Line 2 | Musical Composition | She Talks To Angels |
| Line 3 | Writer(s) | Chris Robinson; Rich Robinson |
| Line 4 | Publisher Plaintiff(s) | Warner-Tamerlane Publishing Corp. |
| Line 5 | Date(s) of Registration | 8/14/91 |
| Line 6 | Registration No(s). | PA 532-894 |
| Line 7 | Date(s) of Infringement | 8/03/18 |
| Line 8 | Place of Infringement | Timbers Bar & Grill Ludington a/k/a Timbers Ludington |

| | | | |
|---|---|---|---|
| Line 1 | Claim No. | 6 | |
| Line 2 | Musical Composition | Silver Springs | |
| Line 3 | Writer(s) | Stevie Nicks | |
| Line 4 | Publisher Plaintiff(s) | Barbara M. Nicks, an individual d/b/a Barbara Nicks Music | |
| Line 5 | Date(s) of Registration | 12/10/04 | 8/31/76 |
| Line 6 | Registration No(s). | RE 905-601 | Eu 713078 |
| Line 7 | Date(s) of Infringement | 8/03/18 | |
| Line 8 | Place of Infringement | Timbers Bar & Grill Ludington a/k/a Timbers Ludington | |